JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Fire and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERRI F. PERRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE INSURANCE COMPANY; DOES I – V, and ROE COMPANIES I - V, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00617<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL BAD FAITH CLAIMS AND TO REMAND TO STATE COURT**<br><br>ECF No. 9 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MERRI F. PERRY, by and through her attorney, ROBERT O. KURTH, ESQ. and Defendant ALLSTATE FIRE INSURANCE COMPANY, by and through its attorney, JOHN T. KEATING, of the law firm of KEATING LAW GROUP, that Plaintiff MERRI F. PERRY's Second Cause of Action for Breach of the Express/Implied Covenant of Good Faith and Fair Dealing against Defendant ALLSTATE FIRE INSURANCE COMPANY is hereby dismissed with prejudice.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Plaintiff MERRI F. PERRY and Defendant ALLSTATE FIRE INSURANCE COMPANY by and through their respective

1

counsel, that the within matter shall be remanded back to State Court.

DATED this _6th_ day of July, 2018.   DATED this _6th_ day of July, 2018.

**KEATING** LAW GROUP           **KURTH LAW OFFICE**

By: __/s/ JOHN T. KEATING       By: __/s/ ROBERT O. KURTH
JOHN T. KEATING                 ROBERT O. KURTH, ESQ.
Nevada Bar No.: 6373            Nevada Bar No. 4659
9130 W. Russell Road, Ste. 200  3420 North Buffalo Drive
Las Vegas NV 89148              Las Vegas NV 89129
Attorney for Defendant          Attorney for Plaintiff
*Allstate Fire and Casualty Insurance Company*   *Merri F. Perry*

## ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, IT IS HEREBY ORDERED that plaintiff's **second cause of action** for breach of the covenant of good faith and fair dealing **is DISMISSED with prejudice.** And because it appears that the dismissal of this claim leaves this court without subject-matter jurisdiction over this case, IT IS FURTHER ORDERED that **THIS ACTION IS REMANDED back to the Eighth Judicial District Court, Case No. A-17-764854-C, Dept. 28**. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 20, 2018